# DAVID L. LORD
## AND ASSOCIATES, P.A.
### ATTORNEYS AT LAW

DAVID L. LORD
GREGORY J. ALSTON
OTTIS B. "CHIP" CROCKER, III*

GULFPORT OFFICE:
2300 24TH AVENUE
GULFPORT, MS 39501
(228) 868-5667
FAX (228) 868-2554

HATTIESBURG OFFICE:
80 WEST PINE STREET
HATTIESBURG, MS 39401
(601) 583-6132
FAX (601) 582-5627

PICAYUNE OFFICE:
108 B CHURCH STREET
PICAYUNE, MS 39466
(601) 798-8989
FAX (601) 798-5553

March 23, 2006

Warren A. Cuntz, Jr., Esq.
Chapter 13 Trustee
10585 Three Rivers Rd, Suite G
Gulfport, MS 39503-3572

    Re:    Charles & Frances Smith
            Case No. 04-52746-SEG
            Creditor Address Update

Claim No: 040 – **NAFCO HOLDING** CO
               P.O BOX 741897
               DALLAS, TX, 75374

Thank you for your assistance in this matter.

                    Sincerely,

                    Tina Hickman
                    Clerk

cc:    U. S. Bankruptcy Court

*LLM IN ADMIRALTY